**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

MOHAMMED NAZIR BIN LEP,

    Petitioner,

       v.

BARACK OBAMA, et al.,

    Respondents.

Civil Action No.  09-0031 (JDB)

**ORDER**

Upon consideration of [88] Respondents' Supplemental Motion to Deem Protected Additional Words in the Proposed Public Factual Return for ISN 10022, and a review of the proposed additional redaction submitted via Respondents' Appendix A, it is hereby **ORDERED** that Respondents' Motion is **GRANTED**. The information identified by Respondents with green highlighting is deemed protected, pursuant to paragraphs 10 and 34 of the Protective Order governing this proceeding. It is further **ORDERED** that Respondents file on the public record, through the Court's Electronic Case Filing system, a public version of the factual return incorporating the changes the Court approves today.

    **SO ORDERED**.

/s/
JOHN D. BATES
United States District Judge

Date: April 10, 2013